# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILAGRO AYALA, | ) | Case No. CV 09-3238-JEM |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 12, 2010

                                                */s/ John E. McDermott*
                                                JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE